SOWLE *v.* THE STATE.

From the *Steuben* Common Pleas.
*A. Ellison,* for the appellant.

BALF *v.* THE STATE.

From the *Tippecanoe* Common Pleas.
*W. F. Lane,* for the appellant.
*I. N. Stiles,* for the state.

BIGLER *v.* THE STATE.

From the *Steuben* Common Pleas.
*A. Ellison,* for the appellant.

CONNELL *v.* THE STATE.

From the *Switzerland* Common Pleas.

*Per Curiam.*—These were all prosecutions against the appellants for selling spirituous liquors in violation of the act of 1855, which has been held to be unconstitutional.

THE STATE *v.* BURGESS.—Two Cases.

From the *Tippecanoe* Common Pleas.
*L. Reilly,* for the state.
*W. F. Lane,* for the appellee.

THE STATE *v.* JACKSON and Another.

From the *White* Common Pleas.
*L. Reilly,* for the state.
*W. Potter,* for the appellees.